# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| DENNIS C. BOSELEY | ) | |
| | ) | NO: 3:07-CV-369 |
| Plaintiff, | ) | PHILLIPS/SHIRLEY |
| vs. | ) | JURY DEMAND |
| | ) | |
| AIG LIFE INSURANCE COMPANY | ) | *Removed from Roane County Circuit Court* |
| | ) | *No. 13872* |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), the parties advise the court that they have entered into an agreement tolling the statute of limitations, and that they hereby stipulate that this case may be dismissed, without prejudice to re-filing under the terms of the tolling agreement. Each party will bear its own costs.

This the 27th day of August, 2008.

s/ Eric L. Buchanan
Eric L. Buchanan (BPR #018568)
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506+
Attorneys for Plaintiff

s/ R. David Benner
R. David Benner (BPR #006993)
Lewis, King, Krieg & Waldrop, P..C.
P. O. Box 2425
Knoxville, TN 37901-2425
(865) 546-4646
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of August, 2008, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                               s/ R. David Benner_____
                                               R. David Benner (BPR #0069938)